IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY D. VALENTINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00204 |
| ) | Judge Aleta A. Trauger |
| JUDGE DEE DAVID GAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. No. 24) to the Magistrate Judge's Report and Recommendation (R&R) (Doc. No. 23) are **OVERRULED**. The court **ACCEPTS** the R&R and, therefore, **GRANTS** the defendant's Motion to Dismiss. (Doc. No. 12.)

This case is **DISMISSED** in its entirety on the grounds that the defendant, sued in his official capacity only, is entitled to sovereign immunity under the Eleventh Amendment to the United States Constitution.

It is so **ORDERED**.

This is the final Order in this case, for purposes of Rule 58 of the Federal Rules of Civil Procedure.

_____
ALETA A. TRAUGER
United States District Judge